IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ARVEN MALCOM, JR., | ) | |
| | ) | |
| Petitioner, | ) | 4:04CV3243 |
| | ) | |
| v. | ) | ORDER: |
| | ) | ENLARGEMENT TIME |
| ROBERT HOUSTON, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court upon filing No. 44, the respondent's Motion for Enlargement of Time.

The respondent's Motion for Enlargement of Time (filing no. 44) is sustained. By January 10, 2006, the respondent shall file a brief in response to the petitioner's petition and Brief in support of Petition for Writ of Habeas Corpus (filing No. 1). By January 30, 2006, the petitioner may file a reply brief.

**SO ORDERED**.

DATED this 7th day of November, 2005.

BY THE COURT:


s/F. A. GOSSETT
United States Magistrate Judge

1