# IN THE UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ARVEN MALCOM, JR., | ) | Case No:  4:04CV3243 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM AND** |
| | ) | **ORDER** |
| ROBERT HOUSTON, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on its own motion.  The above referenced case is closed and the appeal time has expired.

Accordingly,

IT IS THEREFORE ORDERED that: the State Court Records filed as attachments to Filing No. 17,  be returned to the Nebraska Attorney General's Office, counsel for Respondent, for appropriate disposition.  The State Court Records may be picked up in Lincoln, Nebraska.

February  9, 2009.                            BY THE COURT

                                         s/ Joseph F. Bataillon
                                         Chief United States District Judge